COPPELL *et al. v.* PHILLIPSON.

(*Supreme Court, General Term, First Department.* July 18, 1890.)

</div>

Appeal from circuit court, New York county.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*Lewis Sanders,* for appellant.   *G. L. Rives,* for respondents.

BRADY, J. This case is controlled by the case of *Coppell* v. *Phillipson, ante,* 901, (decided herewith.) The judgment must be affirmed, with costs. All concur.